```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 33532
   MAUREEN A BATTISTE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8509

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/09/2004 and was confirmed 12/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 09/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED         1183.42           .00          118.34
CAPITAL ONE BANK           UNSECURED          312.70           .00           31.27
ECAST SETTLEMENT CORP      UNSECURED          431.14           .00           43.11
MERRICK BANK               UNSECURED          837.59           .00           83.76
SHERMAN ACQUISITION        UNSECURED         2341.43           .00          234.14
ROUNDUP FUNDING LLC        UNSECURED          546.18           .00           54.62
GINNYS                     UNSECURED          526.30           .00           52.63
MIDNIGHT VELVET            UNSECURED          939.74           .00           93.97
MONROE & MAIN              UNSECURED          433.48           .00           43.35
TRI STATE ADJUSTMENTS IN   UNSECURED        NOT FILED          .00             .00
SEVENTH AVENUE             UNSECURED          468.61           .00           46.86
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      1,905.20                       1,905.20
TOM VAUGHN                 TRUSTEE                                           159.99
DEBTOR REFUND              REFUND                                             20.26

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,887.50

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                          802.05
ADMINISTRATIVE                                   1,905.20
TRUSTEE COMPENSATION                               159.99
DEBTOR REFUND                                       20.26
                        --------------       --------------
TOTALS                  2,887.50                 2,887.50
```

            PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33532 MAUREEN A BATTISTE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/03/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE